UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - EVIDENTIARY SENTENCING

Case No. 12-10013-CR-KING            Date: September 9, 2022   Judge James Lawrence King
Defendant: **Alison Gracey**       Defense counsel: Stewart G. Abrams, AFPD
AUSA:   Thomas Watts-Fitzgerald         U.S. Probation: Andrew McDougan

## JUDGMENT AND SENTENCE

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count I |  |  |  | X |

() Defendant given credit for time served
() CONCURRENT
( ) CONSECUTIVE
(**X**) Assessment $ 100.00
() Fine: (**X**) none imposed   -0-
(**X**) The court orders restitution (Amount to be determined)
(**X**) Count remaining dismissed   II and III
() Forfeiture Entered

**(X) SUPERVISED RELEASE**
**() PROBATION**

|  | YEARS |
|---|---|
| Count I | 1 |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
() Home confinement for a period of
() CONCURRENT ( ) CONSECUTIVE () Employment and Self Employment Restriction
() Substance Abuse Treatment  () Financial Disclosure  () Permissible Search () Mental Health Treatment   () IRS Cooperation () Related Concerns Restrictions (**X**) Financial Disclosure (**X**) Unpaid Fines, Restitutions, and other costs

## CUSTODY

(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
() The defendant shall surrender for service of sentence on:
() The court recommends:
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.        *RIGHT TO AN APPEAL GIVEN OPEN COURT*
■        Defense Motion for Downward Variance held
■        The Court finds that the motion be and the same is hereby - **GRANTED**


Courtroom Deputy: Octavia Green/ Joyce M. Saunders
Court Reporter: Quanincia Hill